CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 22 2005

BY: JOHN F. CORCORAN, CLERK
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BRAULIO PEREZ-TORRES, ) | |
| Petitioner, ) | Civil Action No. 7:05-CV-00365 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES, ) | By: Hon. Norman K. Moon |
| Respondent. ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ADJUDGED** and **ORDERED** that the petitioner's motion for a certificate of appealability, pursuant to 28 U.S.C. § 2253(c)(1)(B), shall be and is hereby **DENIED** and that petitioner's motion to appeal in forma pauperis shall be and hereby is **GRANTED**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to petitioner and to counsel for the respondent.

**ENTER:** This 22nd day of July, 2005

_____
UNITED STATES DISTRICT JUDGE